# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY MCFADDEN, SR., | ) Case No. EDCV 13-1690-GAF (DTB) ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE ) |
| vs. | ) ) |
| KWAKO BOSKO, et al., | ) ) |
| Defendants. | ) |

    Plaintiff filed this pro se civil rights action on October 9, 2013, after being granted leave to proceed without the prepayment of the filing fee. On October 16, 2013, the Court dismissed the Complaint with leave to amend. Plaintiff's First Amended Complaint was due on or before November 15, 2013.

    On November 20, 2013, the Court received its Order Dismissing Complaint With Leave to Amend returned as "UNCLAIMED" mail from the United States Postal Service with no forwarding address. Pursuant to Central District of California Local Rule 41-6, plaintiff was to immediately notify the Court and counsel for defendant of any change of plaintiff's address.

    Accordingly, on or before **December 23, 2013,** plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file a notice of change of address, and why the Court should not recommend that this action be

dismissed for failure to prosecute and for failure to comply with the Court's Order; or (b) serve and file a notice of change of address. Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: December 9, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE