O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY MCFADDEN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> KWAKO BOSKO, et al., <br><br> Defendants. | Case No. EDCV 13-1690-GAF (DTB) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: March 17, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE