JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY MCFADDEN, SR., | Case No. EDCV 13-1690-GAF (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| KWAKO BOSKO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 17, 2014

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1